IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLIE JOE CHAPMAN, | ) | 8:12CV370 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CHRIS ANDERSON, Detective, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Timothy K. Dolan's Motion to Withdraw as counsel for Defendant E. Jones. (Filing No. 60.) The record shows that E. Jones continues to be represented by other counsel. (*See* Docket Sheet.)

Also pending is a Motion for Extension of Time to File a Responsive Pleading filed by Defendants E. Jones and Travis Jarzynka. (Filing No. 59.) The court will grant this Motion. Defendants E. Jones and Travis Jarzynka's responsive pleadings are due April 7, 2014.

IT IS THEREFORE ORDERED that:

1. Timothy K. Dolan's Motion to Withdraw (filing no. 60) is granted. The Clerk of the court is directed to terminate Dolan's appearance as counsel for E. Jones and discontinue sending electronic notices regarding this matter to Dolan.

2. Defendants E. Jones and Travis Jarzynka's Motion for Extension of Time to File a Responsive Pleading (filing no. 59) is granted. Defendants E. Jones and Travis Jarzynka's responsive pleadings are due April 7, 2014.

DATED this 13th day of March, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.