IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BILLIE JOE CHAPMAN;<br><br>        Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS, et. al;<br><br>        Defendants. | **8:12CV370**<br><br>**ORDER** |

IT IS ORDERED:

Plaintiff's motion, (Filing No. 101), liberally construed as a motion for a hearing on his Motions for New Ruling (Filing Nos. 90 , 91 and 92), is denied.

December 4, 2014.

                                        BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge