IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BILLIE JOE CHAPMAN, Mentally Handicapped;<br><br>    Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS, et. al;<br><br>    Defendants. | **8:12CV370**<br><br>**ORDER** |

IT IS ORDERED:

The motion to permit Raymond R. Aranza, Omaha, Nebraska, to withdraw from representing Defendants Eric Rogers and Steve Barrier to withdraw as counsel, (filing no. 115), is granted.

May 1, 2015.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge