IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BILLIE JOE CHAPMAN, Mentally Handicapped;<br><br>                Plaintiff,<br><br>vs.<br><br>CHRIS ANDERSON, et. al;<br><br>                Defendants. | **8:12CV370**<br><br>**ORDER** |

The plaintiff has moved for an Order of Discovery and Request for Hearing, (Filing No. 113). The plaintiff requests "any and all documents, pictures, computer communications, papers and notes dealing with the U.S. Marshal's Office concerning the arrest on 12-14-2010." (Filing No. 113).

Plaintiff served this same request on March 2, 2015. In response, Defendants Travis Jarzynka and Eben Jones have previously provided Plaintiff with copies of all known non-objectionable, responsive documents in their possession, custody, and/or control. Moreover, the plaintiff did not confer with defense counsel before filing the motion as required under the court's local rules.

Accordingly,

IT IS ORDERED that Plaintiff's Order of Discovery and Request for Hearing, (Filing No. 113), is denied.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge