IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BILLIE JOE CHAPMAN; <br><br> Plaintiff, <br><br> vs. <br><br> DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS, et. al; <br><br> Defendants. | 8:12CV370 <br><br> **ORDER** |

The plaintiff has filed an objection to the defendant's motion to file a sur-reply and moves for an order requiring the defendants to stop "playing delay tactics." (Filing No. 133). The court has already denied the defendant's motion to file a sur-reply. And there is nothing of record showing the defendant has delayed progression of this case.

Accordingly,

IT IS ORDERED that plaintiff's objection and motion, (Filing No. 133), is denied.

July 16, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge