IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLIE JOE CHAPMAN, | ) | 8:12CV370 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | MEMORANDUM |
| | ) | AND ORDER |
| DOUGLAS COUNTY DEPARTMENT | ) | |
| OF CORRECTIONS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the findings and recommendation filed on January 19, 2016 (Filing No. 154), by Magistrate Judge Cheryl R. Zwart, who recommends "that Plaintiff's complaint be dismissed with prejudice for want of prosecution." No objections have been filed to the findings and recommendation within the time permitted by 28 U.S.C. § 636(b)(1). In any event, I have conducted a de novo review and find that Judge Zwart has correctly found the facts and applied the law. Her findings and recommendation therefore will be adopted.

IT IS ORDERED:

1.    The magistrate judge's findings and recommendation (Filing No. 154) are adopted.

2.    This action is dismissed with prejudice for want of prosecution.

3.    Judgment will be entered by separate document.

February 8, 2016.                    BY THE COURT:

                                     *Richard G. Kopf*
                                     Senior United States District Judge